**No. 58243.**—Melville Boyd, Trustee for Arthur Doniger Paper Co., Inc. *v.* United States, protests 212613–K and 218554–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise is similar in all material respects to the paper napkins the subject of *Freund Mayer & Co., Inc.* v. *United States* (39 C. C. P. A. 123, C. A. D. 474).   Upon the agreed statement of

facts and following the cited authority, it was held that the merchandise is dutiable at 15 percent under paragraph 1413, as modified, *supra*.